UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
REIFEL, :
 :
                      **Plaintiff,** :
 :
     -against- :
 :
COMMISSIONER OF SOCIAL SECURITY, :
 :
                      **Defendant.** :
 :
------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/2020

**1:20-cv-05366-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ordered to file a joint status report by November 4, 2020.

**SO ORDERED.**
**Dated:**    **New York, New York**
             **October 20, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**

1